## Ward v. Kirchdorfer.

(Decided November 20, 1914.)

### Appeal from Jefferson Circuit Court (Common Pleas No. 2).

Contracts—Evidence—Petition for Rehearing Overruled.—The petition for rehearing is overruled, it being determined that on the facts as presented the plaintiff should recover. (For original opinion, see 160 Ky., 28.)

CHAS. A. WICKLIFFE and SIDNEY SMITH for appellant.

O'NEAL & O'NEAL, TYLER BARNETT and ELLERBE W. CAR-TER for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON—Overruling.

When this case was before us on the original hearing it was maturely considered, and, upon reconsideration of the matter, we see no reason for disturbing the conclusion we then reached. The case is here on only the evidence for the plaintiff, and on another trial the defendant will be allowed to introduce his evidence. We only determine that on the facts as now presented the plaintiff should recover.

Petition overruled.